# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **DANNY PRICE, #1415535** | § | |
| VS. | § | CIVIL ACTION NO. 5:09cv153 |
| **NATHANIEL QUARTERMAN, ET AL.** | § | |

## ORDER OF DISMISSAL

Plaintiff Danny Price, an inmate previously confined at the Telford Unit of the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The lawsuit was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the complaint should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore the findings and conclusions of the Magistrate Judge are adopted as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (docket entry #11) is **GRANTED**. It is further

**ORDERED** that the Plaintiff's claims against the unidentified disciplinary hearing officer are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). It is further

**ORDERED** that complaint is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 23rd day of February, 2010.**

                                              DAVID FOLSOM
                                              UNITED STATES DISTRICT JUDGE